452 A.2d 33

Commonwealth v. Talley, Appellant.

Submitted December 14, 1981. John J.

Poserina, Jr., for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Albert S. Sabo is affirmed.